# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JEROME HARRY, | Case No. 2:17-CV-862 JCM (CWH) |
| Plaintiff(s), | ORDER |
| v. | |
| SCREEN ACTORS GUILD-PRODUCERS PENSION PLAN, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *Harry v. Screen Actors Guild Pension Plan et al*, case number 2:17-cv-00862-JCM-CWH. On December 20, 2017, the court granted the parties joint stipulation and proposed order to stay the case pending administrative proceedings that could resolve the underlying dispute in whole or in part. (ECF No. 28).

In light of the stay, and the potential that new parties will be added to the litigation in the future, *see* (ECF No. 28), the court will deny the parties' outstanding motions without prejudice to refile.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants' motion to dismiss (ECF No. 4) be, and the same hereby is, DENIED without prejudice.

IT IS FURTHER ORDERED that plaintiff's motion to amend (ECF No. 25) be, and the same hereby is, DENIED without prejudice.

DATED February 1, 2018.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**