# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JEROME HARRY,<br><br>                Plaintiff(s),<br><br>    v.<br><br>SCREEN ACTORS GUILD-PRODUCERS PENSION PLAN, et al.,<br><br>                Defendant(s). | Case No. 2:17-CV-862 JCM (CWH)<br><br>ORDER |

Presently before the court is the matter of *Harry v. Screen Actors Guild Producers Pension Plan et al*, case no. 2:17-cv-00862-JCM-CWH.

On December 20, 2017, the court granted the parties' stipulation to stay this case for six months pending settlement negotiations. (ECF No. 28). Since that date, no party has filed any documents with this court. The court orders the parties to file a joint status report by or before June 20, 2018.

Accordingly,

IT IS HEREBY ORDERED that the parties shall file a joint status report indicating the status of the current action. Failure to file a joint status report by June 20, 2018, will result in dismissal of this case for want of prosecution.

DATED May 25, 2018.

                                                      UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**